ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for RAYMOND BUTLER, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND BUTLER,<br><br>              Plaintiff,<br><br>vs.<br><br>WINNRESIDENTIAL CALIFORNIA L.P. et al.<br><br><br>              Defendants | Case No. 21-5875-NC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

Raymond Butler ("Plaintiff") and Winnresidential Calfornia L.P. and 1710 Moorpark Ave, L.P. (collectively, "Defendants") stipulate and respectfully request that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P 41(a)(2) with each side bearing their own attorney fees, costs, and litigation expenses. The parties further request that the Court retain jurisdiction over their settlement agreement pursuant to General Order No. 56.

Respectfully submitted,

Dated: August 16, 2022  /s/ Irakli Karbelashvili
Irakli Karbelashvili, Attorney for
Plaintiff Raymond Butler

Dated: August 16, 2022  /s/ Lisa Passalacqua
Lisa Passalacqua, Attorney for
Defendant Winnresidential California L.P.

Dated: August 16, 2022  /s/ Sharon Hightower
Sharon Hightower, Attorney for
Defendant 1710 Moorpark Ave, L.P.

**Filer's Attestation**

I, Irakli Karbelashvili, hereby attest that I received concurrence from the signatories in the filing of this document.

/s/ Irakli Karbelashvili
Irakli Karbelashvili

# [PROPOSED] ORDER

Having reviewed the parties' stipulation, and good cause appearing, the Court dismisses this action with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the parties' settlement agreement. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: \_\_\_\_  
_____  
United States Magistrate Judge